June 30, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ISAURA MORALES AND FRANCISCO TORO, Appellants

NO. 14-15-00137-CV                    V.

KARLA VACA AS ATTORNEY-IN-FACT  FOR ALBERTO L. VACA,
Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on November 5, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Isaura Morales and Francisco Toro.

We further order this decision certified below for observance.